■ In the Matter of the Claim of EDWARD J. WENTWORTH, JR., et al., Respondents. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. — Motion by Howard A. Levine, Esq., heretofore appointed to represent the claimants-respondents herein for an order fixing his fee and disbursements. Motion granted and his fee is hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $50, pursuant to the provisions of section 538 of the Labor Law.

■ In the Matter of RICHMOND MINOR, Petitioner, v. JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion to dismiss proceeding granted, by default, without costs.

■ In the Matter of the Claim of GEORGE ALLEN, Appellant-Respondent, v. KENNETH A. FISHER et al., Appellants-Respondents, and NEW WORLD BUILDING CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. In the Matter of the Claim of BUREN PHILLIPS, Appellant-Respondent, v. KENNETH A. FISHER et al., Appellants-Respondents, and CHARLES E. VAGELE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Order entered October 13, 1960 is hereby vacated, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT McGOWAN, Appellant, v. JOSEPH P. CONBOY, as Superintendent of Great Meadows Correctional Institution, et al., Respondents.— Motion to dismiss appeal granted, by default.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON E. WEST, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to the March 1961 Term of this court. Motion for assignment of counsel granted and Bernard Ellenbogen, Esq., of Albany, New York, is hereby assigned as counsel for appellant.

■ BELOTTE AND NARDONE, INC., Appellant, v. DUNN GARDEN APARTMENTS, INC., Respondent.— Motion denied, without costs.

■ MELANIE KALLOS, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for reargument denied. The time of the appellant to perfect appeal is extended to February 15, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GORDON (SCOTTALINE), Appellant.— Motion for assignment of counsel denied.

■ In the Matter of the Claim of THERESA SHERIDAN, Appellant, v. J. B. CONSTRUCTION COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before December 20, 1960 and is ready for argument at the January 1961 Term of this court, in which event the motion is denied. The appeal may be prosecuted upon one typewritten copy of the record and five typewritten copies of the brief.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT SAMUEL WHITE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for assignment of counsel. Motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES CORTI, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for an extension of time within which to perfect appeal. Application granted and time is extended for 90 days.